# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BLACK WOLF INVESTMENTS, LLC, | Case No. 2:18-cv-00810-APG-NJK |
| Plaintiff, | |
| v. | **ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |
| ENTERTAINMENT ONE FILMS NORTH AMERICA and MOMENTUM PICTURES, | |
| Defendants. | |

Based on the plaintiff's response to my Order to Show Cause (OSC) regarding jurisdiction, I will deem that OSC satisfied at this time, and I will not dismiss this case on jurisdictional grounds. However, the plaintiff remains responsible for proving that the court can exercise diversity jurisdiction over this case before judgment is entered.

DATED THIS 29th day of May, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE